## STATE OF CONNECTICUT *v.* DALE BROOKS
## (6948)

BORDEN, DALY and NORCOTT, Js.

Argued November 8—decision released November 14, 1989

*Charles C. Greenwald,* for the appellant (defendant).

*Leah Hawley,* assistant state's attorney, with whom, on the brief, were *C. Robert Satti, Sr.,* state's attorney, and *Michael Regan,* assistant state's attorney, for the appellee (state).

PER CURIAM. There is no error.